# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3279
LT Case No. 2019-CF-2979-A

_____

DESMAN WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Desman Williams, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin
A. Compton and Zachary L. Wiseman, Assistant Attorneys
General, Daytona Beach, for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, KILBANE, and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____